1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT M. B.,[1]

             Plaintiff,

   v.

FRANK J. BISIGNANO,
Commissioner of Social Security,
            Defendant.

Case No. CV 5:25-0734-RAO

**JUDGMENT OF REMAND**

     In accordance with the Court's Order Reversing and Remanding filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for the calculation of benefits consistent with the Court's Order.

DATED:  November 21, 2025              /s/

                              ROZELLA A. OLIVER
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.